UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HKB HOSPITALITY LLC, d/b/a
QUALITY INN BROWNSVILLE,

                Plaintiff,                23 **CIVIL** 0372 (JPO)

     -against-                        <u>**JUDGMENT**</u>

MT. HAWLEY INSURANCE
COMPANY,

                Defendant.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2024, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
           September 30, 2024

                                                   **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                **BY:**
                                               **Deputy Clerk**